Connally et al v. Ashton et al                                                                                               Doc. 5

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| RICHARD CONNALLY, | ) |
| Plaintiff, | ) |
| vs. | ) No. 05-0799-CV-W-FJG |
| RON ASHTON and AMERICAN INGREDIENTS COMPANY, | ) |
| Defendants. | ) |

## ORDER

On October 12, 2005, the Court granted plaintiff's Motion to Proceed in forma pauperis. During the same time that the Court was considering plaintiff's motion, plaintiff apparently came to the courthouse and paid the filing fee. As the Court determined that plaintiff qualified for in forma pauperis status, the Court hereby directs the Clerk's office to issue a refund to plaintiff of the filing fee. The Clerk of the Court is hereby directed to send to plaintiff, a check in the amount of $250.00 at the following address: Richard Connally, 6142 E. 127th Street, Grandview, MO 64030.

Date: October 19, 2005             /s/ FERNANDO J. GAITAN, JR.
Kansas City, Missouri              Fernando J. Gaitan, Jr.
                                   United States District Judge

Case 4:05-cv-00799-FJG   Document 5   Filed 10/19/2005   Page 1 of 1

Dockets.Justia.com